AO 440 (Rev. 06/12) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

LEONARD TAYLOR,
*Plaintiff*

V.

Civil Action No. **7:20−CV−00024−DC**

LAKESIDE RECOVERY SOLUTION INC.,
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  Lakeside Recovery Solution Inc.
C/O Corporation Service Company
421 West Main Street
Frankfort, KY 40601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Scott Davidson
Sulaiman Law Group LTD
2500 South Highland Avenue
Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK

CLERK OF COURT

s/SAMANTHA ENRIQUEZ

DEPUTY CLERK



ISSUED ON 2020−02−12 13:16:46

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:20-CV-00024-DC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* Lakeside Recovery Solutions, Inc.
was received by me on *(date)* 2/13/20 .

☐   I personally served the summons on the individual at *(place)*_____
_____ on *(date)*_____ ; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____ , a person of suitable age and discretion who resides there,
on *(date)*_____ , and mailed a copy to the individual's last known address; or

☑   I served the summons on*(name of individual)* Linda Smith - CSC _____ , who is
designated by law to accept service of process on behalf of*(name of organization)*_____
Lakeside Recovery Solutions, Inc. _____ on*(date)* 2/14/20 ; or

☐   I returned the summons unexecuted because _____ ; or

☐   Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty that this information is true.

Date: 2/14/20 _____

_____
Server's signature

Alex May - process server
Printed name and title

23900 W Industrial Dr., #3, Plainfield, IL 60544
Server's Address

Additional information regarding attempted sevice, etc:
W/F  60 years old, 5'5", 180. Gray hair, glasses

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

LEONARD TAYLOR,
*Plaintiff*

V.

LAKESIDE RECOVERY SOLUTION INC.,
*Defendant*

Civil Action No. 7:20–CV–00024–DC

SUMMONS IN A CIVIL ACTION

TO:   Lakeside Recovery Solution Inc.
      C/O Rocket Corporate Services Inc.
      2804 Gateway Oaks Drive #100
      Sacramento, California 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

       Joseph Scott Davidson
       Sulaiman Law Group LTD
       2500 South Highland Avenue
       Suite 200
       Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/SAMANTHA ENRIQUEZ
DEPUTY CLERK



ISSUED ON 2020–02–04 11:52:03

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 7:20-CV-00024-DC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lakeside Recovery Solution, Inc

was received by me on *(date)*　　　02/07/2020　　　 .

☐ I personally served the summons on the individual at *(place)*
　　　　　　　　　　　　　　　　　　　　　　　　 on *(date)*　　　　　　　　 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
　　　　　　　　　　　　　　　　　　 , a person of suitable age and discretion who resides there,
on *(date)*　　　　　　　 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*　　　　　　　　　　　　　 , who is
designated by law to accept service of process on behalf of *(name of organization)*
　　　　　　　　　　　　　　　　　　　　　　　　 on *(date)*　　　　　　　 ; or

☑ I returned the summons unexecuted because   No Longer the Registered Agent for Service　　 ; or

☐ Other *(specify):*


My fees are $ 　　　　　　 for travel and $ 　　　　　　 for services, for a total of $ 　　　　　　 .

I declare under penalty of perjury that this information is true.

Date: 　　 02/12/2020 　　

　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　Jenice Rossner, Registered Process Server
　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　3104 O Street, #230
　　　　　　　　　Sacramento, CA 95816
　　　　　　Sacramento County  Reg # 1998-02
　　　　　　　　　　　　　　*Server's address*

Additional information regarding attempted service, etc: