**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **LEONARD TAYLOR,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **MO:20-CV-00024-DC** |
| | § | |
| **LAKESIDE RECOVERY SOLUTION** | § | |
| **INC.,** | § | |
| *Defendant*. | § | |

## <u>SHOW CAUSE ORDER</u>

Court records indicate that Defendant Lakeside Recovery Solution Inc. (Defendant) has failed to file a timely answer or motions under Federal Rule of Civil Procedure 12. On February 12, 2020, the Clerk of the Court issued summons as to Defendant, which states:

> Within 21 days after service of this summons . . . you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. . . . If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

(Doc. 7).

On February 18, 2020, Plaintiff Leonard Taylor returned the executed summons. (Doc. 8). Plaintiff served Defendant by delivering a true copy of the Summons and a copy of the Complaint to Linda Smith, Corporation Service Company, who is designated by law to accept service of process on behalf of Lakeside Recovery Solutions, Inc. on February 14, 2020. *Id.* Consequently, Defendant's responsive pleading was due on or before Friday, March 6, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

It is therefore **ORDERED** that Defendant **SHOW CAUSE** in writing **within ten (10) days after being served with this Order**, why Entry of Default and Default Judgment on

Plaintiff's Complaint filed on January 28, 2020, in the above-styled and numbered cause should not be granted. Defendant may comply with this Order by filing an Answer that adheres to the Federal Rules of Civil Procedure **within ten (10) days after being served with this Order**. Failure to comply with this Order may result in the Entry of Default and Default Judgment against Defendant.

It is further **ORDERED** that the Clerk of the Court shall send a certified copy of this Order by Certified Mail/Return Receipt Requested to the address on record.

It is so **ORDERED**.

**SIGNED this 23rd day of June, 2020.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**